



**MEMORANDUM OPINION**

No. 04-10-00919-CV

**IN RE** Baron C. **CLARK**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
               Sandee Bryan Marion, Justice
               Steven C. Hilbig, Justice

Delivered and Filed:  January 5, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On December 27, 2010, relator filed a petition for writ of mandamus and a motion for emergency stay.  The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought.  Accordingly, the petition for writ of mandamus and the motion for emergency stay are DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2010-CI-11759, styled *Baron C. Clark v. San Antonio Water System, Acting By and Through The City of San Antonio*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Sol Casseb, III presiding.  However, the ruling complained of was made by the Honorable Michael Peden, presiding judge of the 285th Judicial District Court, Bexar County, Texas.